# Exhibit 2

| | |
|---|---|
| **From:** | McGuire, Luke P. <luke.mcguire@kirkland.com> |
| **Sent:** | Wednesday, July 10, 2024 7:16 PM |
| **To:** | solenick@csefire.com |
| **Cc:** | Anderson, Devin S.; Joseph, Neil |
| **Subject:** | Kaplan v. General Electric - Deposition |

Mr. Olenick,

I'm an attorney with the law firm Kirkland & Ellis, which represents Carrier Fire & Security Americas in a lawsuit filed against Carrier Fire and several other defendants alleging that certain of their combination-listed fire and burglar alarm systems do not comply with UL and NFPA Standards.  An expert report that you and others at CSE authored was attached to the complaint in the lawsuit and you were disclosed by the plaintiff, Samuel Kaplan, as someone who may have information relevant to the issues in the case.  We intend to serve you with a deposition subpoena so that you can testify about that expert report and the issues in the case, based on your knowledge.  Will you accept service of that subpoena via email, so that we can all avoid involving a process server?  If so, we're amenable to negotiating the date and format of the deposition, and would be happy to set a call to discuss further.  Please let me know.

Thanks,
Luke

**Luke P. McGuire**

───────────────────────────────

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W., Washington, D.C. 20004
**T** +1 202 389 3271  **M** +1 202 880 5313

───────────────────────────────

luke.mcguire@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.