IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN OLENICK,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY d/b/a GE, UNITED TECHNOLOGIES CORP., UTC FIRE & SECURITY AMERICAS CORPORATION, INC. d/b/a INTERLOGIX, and CARRIER GLOBAL CORPORATION,<br><br>Defendants. | Case No. 1:24-mc-00442 |

### INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO STEPHEN OLENICK'S MOTION TO QUASH DEPOSITION SUBPOENA

| Ex. | Description | Opp'n Page(s) |
|---|---|---|
| 1 | Email Chain between S. Olenick and J. Zwirn re Fire/security system testing - CSE proposal - 02/03/2022 with Attached Proposal [IDS_0003034–41] – FILED UNDER SEAL | 2, 3 |
| 2 | Email Chain between J. Zwirn, S. Olenick, Z. Switzer, and m. Klassen re Zwirn Comments on Revisions [IDS_0003222–24] – FILED UNDER SEAL | 3 |
| 3 | May 9, 2022 Email from J. Zwirn to Z. Switzer (CC: S. Olenick) re Zwirn Comments on Revisions with Attached Comments [IDS_0003199–221] – FILED UNDER SEAL | 3 |
| 4 | June 9, 2022 Email from K. Brown to J. Zwirn and L. McLaughlin (CC: S. Olenick) re CSE Jun 2022 Inv 10116 – Zwirn Fire Panel Testing – FINAL INVOICE with Attached Invoice [IDS_0003311–12] – FILED UNDER SEAL | 4 |
| 5 | June 8, 2022 Email from S. Olenick to J. Zwirn (CC: M. Klassen and Z. Switzer) re Combination-listed control units failure analysis - CSE report [IDS_0003225] – FILED UNDER SEAL | 4 |
| 6 | Email Chain between J. Zwirn and S. Olenick re Response from Diane Hathcock Ref: Task Group Findings [IDS_0004051–56] – FILED UNDER SEAL | 4, 5 |
| 7 | June 12, 2002 Letter from J. Zwirn to S. Kaplan re Security System Proposal [REV KAPLAN_0006459–64] | 4 |
| 8 | January 15, 2007 Work Order [REV KAPLAN_0006372–73] | 4 |
| 9 | May 2, 2022 Intruder Detection Systems, Inc. Invoice to S. Kaplan [REV KAPLAN_0006301] | 4 |

| Ex. | Description | Opp'n Page(s) |
|---|---|---|
| 10 | October 17, 2023 Plaintiff's Initial Disclosures, *Kaplan v. General Electric Co.*, No. 2:22-cv-05296 (D.N.J.) | 6 |
| 11 | June 14, 2023 Email from S. Olenick to J. Zwirn (CC: M. Klassen and Z. Switzer) re DMP project/old project alarm equipment [IDS_0004071–72] – FILED UNDER SEAL | 6 |