IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Stephen Olenick

**Plaintiff,**

v.

General Electric Company d/b/a GE, et al.

**Defendant.**

Case No. 1:24-mc-442

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x] Exhibit 5 which is an attachment to Defendants' Memorandum in Opposition to Stephen Olenick's Motion to Quash Deposition Subpoena

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ] _____
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail on all counsel of record.

October 11, 2024
Date

*/s/ Sarah E. McVay*
Signature

Sarah E. McVay (Bar No. 30259)
Printed Name and Bar Number

Kirkland & Ellis LLP, 1301 Pennsylvania Avenue, N.W., Washington, DC 20004
Address

sarah.mcvay@kirkland.com
Email Address

(202) 389-5271
Telephone Number

(202) 389-5200
Fax Number