# EXHIBIT 7

INTRUDER DETECTION SYSTEMS INC.

JEFFREY D. ZWIRN, CPP, CFE, DABFET
PRESIDENT
Certified Protection Professional
Residential and Commercial Security and Fire Alarm Systems

June 12, 2002

Mr. and Mrs. Samuel Kaplan
95 Audubon Road
Teaneck, NJ 07666

Ref: Security System Proposal

Dear Mr. and Mrs. Kaplan:

It was indeed a pleasure meeting with you. Pursuant to our meeting the following is our security system proposal for your residence.

As President of IDS, I am a Board Certified Master Alarm Technician, Certified Protection Professional (CPP), Certified Fraud Examiner (CFE), Diplomate, American Board of Forensic Engineering and Technology (DABFET), Certified by the American College of Forensic Examiners, Certified Instructor National Burglar and Fire Alarm Association (NBFAA) and an independent court qualified, and certified alarm expert with more than 25 years of hands-on experience in the alarm industry.

Additionally, I have also provided expert witness and consultation services in hundreds of alarm related cases and claims for private investigators, plaintiffs, defendants, nationally recognized alarm and insurance companies, Fortune 500 companies, and governmental agencies such as the Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco and Firearms (ATF), the United States Coast Guard, Department of Corrections and the New York City Police Academy (NYPD) and Crime Prevention Unit.

IDS will provide you with advanced technology and design, expert installation and personalized service for all of your security needs.

Very truly yours,

Jeffrey D. Zwirn, CPP[1], CFE[2], DABFET[3], President

[1] Certified Protection Professional, American Society for Industrial Security, Board Certified in Security Management
[2] Certified Fraud Examiner National Association of Certified Fraud Examiners
[3] Diplomate of the American Board of Engineering and Technology Certified by the American College of Forensic Examiners

CPP Certified Protection Professional®
BOARD CERTIFIED IN SECURITY MANAGEMENT

## Security Systems Specifications for 95 Audubon Road, Teaneck

### Overview

The existing alarm system in the premises was originally installed by Dictograph and provides perimeter burglary detection on all doors and windows in the basement and on the first floor level. The second floor perimeter openings have limited contacts on accessible windows. Perimeter detection is configured through the use of vibration detectors, glass shock sensors, magnetic contacts, window foil, and ball traps. Back-up interior detection is being provided by passive infra-red motion detectors placed in the master bedroom and in the front area of the home. Smoke detection is provided on each level of the home through the use of photo electronic smoke detectors which are hard wired to the master control panel. The master control panel is a Moose MPI-50 and was installed subsequent to the original installation. Arming and disarming of the security system is controlled through the use of key switch remote stations located on the inside and outside of the premises. The outdoor key switch stations which are tampered should be replaced if the system is to be upgraded, due to their inherent weakness to attack even with their internal tamper switch.

During my inspection of the system, I found the following defects and irregularities that should be corrected as follows: the smoke detectors in the house are beyond their functional life expectancy and should be replaced. Further, additional smoke detectors and rate of rise heart detectors should be considered in other areas of the home to provide better detection against fire or smoke. The fire loop protective circuit was found to be supervised but did not provide any audible annunciation when a trouble condition was evident, therefore, an audible sounder must be employed to alert the subscriber of this serious condition. The power portion of the fire loop was found to be <u>non-supervised</u> and requires the installation of a power supervision relay in accordance with UL, NFPA and the manufacturer's specifications of the equipment. Central station monitoring was being accomplished through the use of a Napco tape dialer which must be replaced. The outside siren and housing must be replaced due to its age and overall rusty condition. The outdoor strobe light which is affixed to the outside siren housing should also be replaced at the same time. The interior key switch functionality appears to be diminished in its capacity to create the momentary contact required for arming and disarming of the system. A two conductor circuit wire was found in the master control panel "un-terminated", thus, system testing and inspection should be performed to determine if any of the circuits have been effected by this non-connected circuit. Two perimeter windows of the home were found to require foil repair and included one window which was shorted out due to an open circuit condition. Additionally, the ball trap wiring on two of the windows requires tightening for proper trap detection in the basement.

### Option I

Install control communicator and connect to existing alarm system. *NOT NEEDED*
Installation price: $100.00

24-hour UL-listed central station alarm monitoring charges:
Five year monitoring contract: $20.00 per month
Three year monitoring contract: $23.00 per month
Includes weekly supervised test signal to central station.

### Option II

Install three UL-listed smoke detectors and connect to existing wiring.   *X 3*
$125.00 per smoke detector

**KAPLAN_006477**
REV KAPLAN_0006460

#### Option III

Repair two foil breaks and tighten two ball trap circuit wires in basement. No charge.
Install power-supervision relay for fire loop. $75.00 ✓
Install audible annunciator and connect to fire trouble output circuit. $75.00  NOT NEEDED
Install outdoor high powered electronic speaker siren in stainless steel tampered housing with strobe light. $200.00 ✓

#### Option IV

Perform system inspection to determine overall condition and functionality of perimeter detection devices. $150.00 ✓

Please note that if parts are needed, there will be at an additional cost, upon approval by the subscriber.

#### Option V

Replace all momentary key switches, to keyed alike configuration. $90.00 per key switch.  NOT NEEDED

#### Option VI

Install UL-listed hybrid master alarm control communicator and one indoor custom English remote key pad station. This master control panel will provide better functionality and supervision of the system in addition to many features that are currently not available on your existing alarm system including; ambush reporting, key pad control, which cannot be by-passed with a short on the circuit, low battery detection and reporting, fire circuit trouble detection and reporting, and the capability to interface more zones on the system and wireless devices if required.

Installation cost: $700.00 (Please note that if you select this option you will not need option I or the audible annunciator set forth in option III). ✓

#### Option VII

Smoke, Heat, Gas and Carbon Monoxide Detection System

In accordance with chapter two of NFPA 72 (National Fire Protection Association) *"Smoke sensors shall be installed outside of each separate sleeping area in the immediate vicinity of the bedrooms and on each additional story of the family living unit, including basements and excluding crawl spaces in unfinished attics. In new construction a smoke sensor also shall be installed in each sleeping room.*

*The above NFPA Standard is a minimum requirement for smoke installation. For better protection, we also require the installation of a smoke sensor inside every bedroom in existing construction."*

Additional wireless supervised smoke detectors to supplement primary hard wired detectors. $200.00 per unit.

Additional wireless supervised rate of rise heat detectors to supplement smoke detection in areas where a potential source of ignition or combustion exists such as in the kitchen, attic, and basement areas. $125.00 per unit.

Additional wireless supervised carbon monoxide detectors. $225.00 per unit.

Please note that all of these devices transmit signals to the master control panel and have the ability to notify you on-site and the central station for fire department response to your residence. These devices can only be added to the new control panel option.

KAPLAN_006478
REV KAPLAN_0006461

Option VIII

Telephone Line Security

Ninety eight percent of all alarm systems rely on the subscribers existing telephone lines to transmit critical alarm data to the central station through the use of a digital alarm communicator transmitter (DACT) which is a passive device. Therefore, if your telephone lines are cut by an intruder the alarm signal **would not** be able to contact the central station for emergency response. The criticality of telephone security for your residence is crystallized by the accessibility of your telephone lines as they exit the conduit mounted on the side of your home.

To combat this threat, the installation of a radio transmitter which has the ability to transmit alarm signals to the central station over the radio network is strongly recommended, since it is not reliant on telephone lines.

One time installation fee includes radio survey, high
gain antenna and independent rechargeable power supply $ 400.00 ✓

UL Listed 24 Hour Central Station Radio Alarm Monitoring
Includes weekly supervisory test
$20.00 per month

All work is subject to the terms and conditions of our installation and monitoring contract and applicable NJ sales tax.

© 2002 Intruder Detection Systems, Inc.

**KAPLAN_006479**

REV KAPLAN_0006462



# The Interceptor™
## *Making Alarm Systems Safer*™
### UL Listed and Patent Pending

Invented by Nationally Recognized Forensic Alarm and Security Expert
**Jeffrey D. Zwirn, CPP, CFPS, CFE, FACFEI, CHS-IV, SET, CCI, FASI&T, MBAT, President**

The Interceptor™ technology is a Patent Pending, UL Listed advanced control unit module that *Makes Alarm Systems Safer*™ by eliminating potentially dangerous and serious vulnerabilities that a multitude of equipment manufacturers and alarm companies have not identified and /or recognized. Whether you want to license the patent pending technology, upgrade your existing subscribers by selling them the Interceptor product, and/or use the advanced Interceptor technology as a marketing tool in order to convert other subscribers to your customer base so that you can add more (RMR) recurring monthly revenue for your business; the Interceptor is the only product of its kind that will help you accomplish all of the aforementioned. Having said that, the installation of the Interceptor technology on an alarm system will help minimize risks to your subscribers from property loss, serious personal injury and/or death, and it will also help lower your liability as well.

*"The control panel's unprotected data-bus wiring, which is installed throughout the protected premises was and is an unacceptable and dangerous risk;*
*<u>until now.</u>"*

**Jeffrey D. Zwirn, CPP, CFPS, CFE, FACFEI, CHS-IV, SET, CCI, FASI&T, MBAT, President**

**Foreseeable And Accidental Fire Circumstances** Any of the unprotected Data-Bus wiring that accidentally comes in contact with a fire in the premises, thereby shorting it out, such as in the attic or in an attached garage, or anywhere else the unprotected Data-Bus wiring is installed throughout the premises, will instantly render all other parallel connected devices on the control panel to fail, including, but not limited to the following: all wireless radio alarm transmitters which require parallel connection to the control panel's Data-Bus and all remote or built-in keypad dual diversity radio receiving units which are required to be parallel connected to the control panels Data-Bus. Therefore, not only would the Central Station not receive any emergency alarm signals, but no burglar alarm, panic alarm, fire alarm, or carbon monoxide wireless transmitters would be able to trigger the alarm system.

**Foreseeable Attack Circumstances** If an intruder were to attack any of the system's keypads by simply shorting out the control panels Data-Bus wiring, or if an intruder were to introduce in-rush current onto the system's Data-Bus, such as connection of 120 volts of AC Electricity onto it or connecting a Stun Gun onto it, would cause the control panel and all of its parallel connected components to fail. However, the Interceptor's Advanced Design protects the control panel and all other mission critical devices on the control panel's Data-Bus to continue to be fully functional and operational.

*The Sale Of The Interceptor™ Is Subject To The Terms, Conditions, And Limitations Of Its Installation Instructions.*

© 2017 ZWIRN CORPORATION ☐ 800-353-0733 ☐ interceptorpro~~tect.com~~

KAPLAN_006480
REV KAPLAN_0006463



**Advanced Features**

- Any control panel that utilizes an on-board Data-Bus which requires wireless radio alarm transmitters, such as Alarm.com® Cellular Modules and Total Connect® GSM Radios, remote dual diversity radio receiving units or wireless receivers that are built into remote system keypads and/or other modules which are required to be parallel connected to the systems unprotected Data-Bus wiring, critically needs The Interceptor™.

- The Interceptor™ electronically protects all mission critical connected Data-Bus devices and the control panel, from an accidental short or an intentional criminal attack on the Data-Bus wiring by the perpetrator to defeat the alarm system, such as shorting out the keypad Data-Bus wiring, or through the introduction of high voltage in-rush current such as 120 volts of AC electricity or from an electronic stun gun.

- The Interceptor is powered from the control panel's backup rechargeable battery, it has a watchdog circuit, manual on-board reset button, and separate outputs which are designed to be connected and trigger zones of the systems control panel.

- The Interceptor™ is a great way to help gain new subscribers who have existing alarm systems. In our opinion, once the Interceptor is demonstrated, most alarm subscribers would not want their existing alarm systems to remain so vulnerable, and not to be electronically protected by the Interceptor™.

*Intertek Nationally Recognized Testing Laboratory (NRTL) Recognized Component*
Listed to:
- UL 1023-Standard for Household Burglar-Alarm System Units
- UL 985- Standard for Household Fire Warning System Units
- UL 365- Standard for Police Station Connected Burglar Alarm Units and Systems

Alarm.com® and Honeywell® Products are recognized as being reliable in the alarm industry. However, in our opinion, with the Interceptor in place, we believe that it *Makes Alarm System Safer*™. The Registered Trademarks of Alarm.Com®, Honeywell,® and Total Connect® are the property of their respective owners.

Corporate Counsel for Patents of Zwirn Corporation: Fish and Richardson. www.fr.com

© 2017 ZWIRN CORPORATION ☐ 800-353-0733 ☐ interceptorprotected.com