

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 20, 2026

**VIA CM/ECF**  **ORDER**
Hon. Stacey D. Adams, U.S.M.J.
United State District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Kaplan v. General Electric Co., et al.*, No. 2:22-cv-05296-BRM-SDA

Dear Judge Adams:

This firm, together with Kirkland & Ellis LLP, represents the defendants in the above-captioned matter. The parties write to provide a status update pursuant to Your Honor's prior orders. ECF Nos. 99, 101.

On January 13, 2026, the parties participated in an in-person mediation with Judge Jose L. Linares (Ret.) and were unable to resolve the case.

The parties therefore jointly request that the Court lift the stay of proceedings, ECF No. 99, and respectfully submit a proposed schedule for the completion of non-class expert discovery and the filing of dispositive motions:

- April 20, 2026 — Close of Expert Discovery[1]

- June 4, 2026 — Summary Judgment Motions Due

- July 20, 2026 — Oppositions to Summary Judgment Motions Due

- August 19, 2026 — Reply Briefs in Support of Summary Judgment Motions Due

---

[1] Except as to class experts, per Your Honor's prior September 13, 2024 Scheduling Order (ECF No. 71).

Hon. Stacey D. Adams, U.S.M.J.
January 20, 2026
Re: *Kaplan v. General Electric Co., et al.*; 2:22-cv-05296-BRM-SDA
Page 2 of 2

    Respectfully submitted,

    */s/ Keith J. Miller*
    Keith Miller
    **ROBINSON MILLER LLC**
    Ironside Newark
    110 Edison Place, Suite 302
    Newark, New Jersey 07102
    Tel.: (973) 690-5400
    Fax: (973) 466-2761
    Email: kmiller@rwmlegal.com

    K. Winn Allen, P.C. (admitted *pro hac vice*)
    Devin Anderson (admitted *pro hac vice*)
    Luke P. McGuire (admitted *pro hac vice*)
    Neil A. Joseph (admitted *pro hac vice*)
    **KIRKLAND & ELLIS LLP**
    1301 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    Tel.: (202) 389-5000
    Fax: (202) 389-5200
    Email: winn.allen@kirkland.com
          devin.anderson@kirkland.com
          luke.mcguire@kirkland.com
          neil.joseph@kirkland.com

    *Counsel for Defendants*

cc: All Counsel of Record (via CM/ECF)

SO ORDERED.

_____
Hon. Stacey D. Adams
United States Magistrate Judge
Dated: January 22, 2026